IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUTH RUSSELL,            ) | |
| )| |
| Plaintiff,     ) | |
| ) | |
| v.              ) | CIVIL ACTION NO. 3:12cv160-CSC |
| ) | (WO) |
| MICHAEL J. ASTRUE,     ) | |
| Commissioner of Social Security,  ) | |
| ) | |
| Defendant.     ) | |

# FINAL JUDGMENT

In accordance with the memorandum opinion entered herewith, it is

ORDERED AND ADJUDGED that the decision of the Commissioner be and is hereby AFFIRMED and that this case be and is hereby DISMISSED with prejudice. It is further

ORDERED that costs be and are hereby taxed against the plaintiff for which execution may issue.

Done this 7th day of December, 2012.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE